UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN MCKINNION, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Docket no. 05-CV-74-P-S |
| ) | |
| MICRON TECHNOLOGY, INC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANTS' ASSENTED-TO MOTION TO RECONSIDER**

Before the Court is Defendants' Assented-to Motion to Reconsider the Court's Order Dated June 22, 2005 (Docket # 41). Through this motion, the parties ask that this Court extend the deadlines for filing both the responses and replies to various motions to dismiss and thereby set an August 1st deadline for Plaintiffs to file their responses and an August 31st deadline for Defendants to file any reply. In an endorsement order, dated June 22, 2005 (Docket #40), the Court previously denied this request and set response and reply deadlines at July 8, 2005 and July 25, 2005, respectively. Based on the more compelling showing of a need for coordination of deadlines, the Court GRANTS the Motion to Reconsider (Docket # 41) and hereby ORDERS that all responses to pending motions that were originally due on June 23, 2005 shall be filed on or before August 1, 2005 and any reply by Defendants shall be filed on or before August 31, 2005.

SO ORDERED.

      /s/ George Z. Singal_____
Chief United States District Judge

Dated this 27th day of June 2005.